

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00903-CV

John Edward **SOTO** II, a.k.a. Jonathan Herrasti,
Appellant

v.

Penelope Jo **SOTO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00460
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  July 23, 2014

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on April 3, 2014. We granted appellant an extension until June 3, 2014, to file the brief. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellant to file, on or before July 1, 2014, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by appellant's failure to timely file a brief. We warned that if appellant failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want

of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). Appellant failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution.

PER CURIAM